AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the District of Delaware

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br><br>WERTHER FAMILY INSURANCE TRUST 2006,<br>and its trustee, NATCITY TRUST COMPANY OF<br>DELAWARE,<br>    Defendants. | Civil Action No.  08-485 |

**ALIAS Summons in a Civil Action**

To: *(Defendant's name and address)*

NatCity Trust Company
300 Bellevue Parkway, Suite 160
Wilmington, DE  19899

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
    Richard D. Heins
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE  19899

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date:  8/6/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 8/6/08 at 11:47 AM by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
MONIFA WILLIAMS, of NatCity Trust Company ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: August 6, 2008

_____
Server's signature

Matthew Gordon, Process Server
Printed name and title

230 N Market St Wilmington DE 19801
Server's address