# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | C.A. 08-485-GMS |
| WERTHER FAMILY INSURANCE TRUST 2006, and its trustee, NATCITY TRUST COMPANY OF DELAWARE, | ) ) ) ) ) |  |
| Defendants. | ) |  |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PHL Variable Insurance Company hereby states as follows:

PHL Variable Insurance Company is a wholly owned subsidiary of PM Holdings, Inc., a Connecticut corporation. PM Holdings, Inc. is a wholly owned subsidiary of Phoenix Life Insurance Company. Phoenix Life Insurance Company is a wholly owned subsidiary of The Phoenix Companies, Inc., whose stock is publicly traded.

No parent corporation or publicly held corporation owns 10% or more of The Phoenix Companies, Inc.'s stock.

{00235472;v1}

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon

Richard D. Heins (I.D. #3000)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rheins@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff PHL Variable
Insurance Company*

*Of Counsel:*

David T. McDowell
Thomas F.A. Hetherington
Jarrett E. Ganer
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300

Dated: August 18, 2008